INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL.

No. 87. Decided January 17, 1966.

*Irving Abramson, Benjamin C. Sigal* and *Winn I. Newman* for petitioner.

*Solicitor General Cox, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Laurence S. Gold* for National Labor Relations Board, and *David L. Benetar* and *Sanford Browde* for General Electric Co., respondents.

PER CURIAM.

The petition for a writ of certiorari to the United States Court of Appeals for the Second Circuit is granted, the judgments are vacated and the case is remanded to that court for further consideration in light of *Automobile Workers* v. *Scofield, ante,* p. 205.

LLOYD *v.* BRICK ET AL.

No. 679. Decided January 17, 1966.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.